| PROB 22 (Rev. 12/98) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 0754 4:98CR40124-001 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION/OFFICE |
|---|---|---|
| Roy Taylor | Southern District of Illinois | U. S. Probation Office Benton, IL 62812 |
| | NAME OF SENTENCING JUDGE | |
| | Honorable J. Phil Gilbert | |
| 08CR 445 | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 03/14/2008 — TO 03/13/2013 |

**OFFENSE**

Ct. 1: Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base; Ct. 7: Distribution of Cocaine Base; Ct. 8: Possession With Intent to Distribute Cocaine Base

RECEIVED MAY 27 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

JUDGE KENNELLY

MAGISTRATE JUDGE COLE

May 20, 2008
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN - 2 2008
*Effective Date*

FILED June 03, 2008 JUN 03 2008 TC

*United States District Judge*

MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT