**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF ILLINOIS
301 West Main Street
Benton, IL 62812
618/439-7760

Norbert G. Jaworski
Clerk

June 12, 2008

Michael W. Dobbins, Clerk
United States District Court
219 S. Dearborn Street
Chicago, IL 60604

Re: Transfer of Jurisdiction of Roy Taylor
Our File: 98-CR-40124-001-JPG

08 cr 445

Dear Clerk:

On 6/12/08, an Order by the Honorable J. Phil Gilbert, U.S. District Judge, was filed transferring the probation jurisdiction from this District Court to the Northern District of Illinois.

I have requested this file from the FRC and will notify you when you are able to access the Order, Indictment, Judgment and docket sheet electronically.

Sincerely,

Norbert G. Jaworski, Clerk

By: S/Deborah Agans, Deputy Clerk

FILED
June 16, 2008
JUN 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CR12
(12/04)

Case 1:08-cr-00445   Document 2   Filed 06/16/2008   Page 2 of 2



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

312-435-5698

**June 9, 2008**

Ms. Deborah K. Agans
United States District Court
United States Courthouse, 1st Floor
301 West Main Street
Benton, IL 62812

Dear Clerk:

**Re:**   USA  vs. Roy Taylor

Our Case Number: 08 cr 445

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, Roy Taylor, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by: _____
Yvette Pearson, Deputy Clerk

Enclosure